Appellant has filed his affidavit apprising this court of the fact that he does not desire to further prosecute his appeal, and upon his request the appeal is dismissed.

## Antone CESZ v. STATE.
### No. 19633.

Court of Criminal Appeals of Texas.

Feb. 9, 1938.

Tom B. Bartlett, of Marlin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for unlawfully driving an automobile upon the public highway while intoxicated; penalty assessed at a fine of $50, and confinement in the county jail for five days.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Wade HUTTO, Appellant, v. STATE, Appellee.
### No. 19619.

Court of Criminal Appeals of Texas.

March 23, 1938.

C. E. Avery, of Center, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for perjury; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Wade HUTTO, Appellant, v. STATE, Appellee.
### No. 19632.

Court of Criminal Appeals of Texas.

March 23, 1938.

Davis, Avery & Wallace, of Center, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Unlawfully driving an automobile upon the public highway while intoxicated is the offense; penalty assessed at confinement in the penitentiary for one year.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Malcolm JAMES v. STATE.
### No. 19644.

Court of Criminal Appeals of Texas.

Feb. 2, 1938.

D. T. Moore, of Aquilla, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for theft, a felony; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Malcolm JAMES v. STATE.
### No. 19645.

Court of Criminal Appeals of Texas.

Feb. 2, 1938.